FILED
CLERK, U.S. DISTRICT COURT

MAY 1 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN EDWARD BUTLER,<br><br>Defendant. | Case No. CR 98-0654 GHK<br><br>**ORDER OF DETENTION**<br><br>**[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)]** |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and the court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:  (1) his lack of bail resources; (2) his background information is unverified; (3) he absconded from supervision and committed other crimes while on supervision; and (4) defendant submitted to detention request.

and/or

B.    ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:_____

_____

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: _____May 16_____, 2008.

_____
Fernando M. Olguin
United States Magistrate Judge